UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **BRANDON CALLIER,** <br> **Plaintiff,** <br><br> v. <br><br> SunPath LTD, National Car Cure LLC, Northcoast Warranty Services, Inc., and John Does 1-4 <br> **Defendants** | § <br> § <br> § <br> § <br> § EP-20-CV-0023 <br> § <br> § <br> § <br> § |

## PLAINTIFF'S NOTICE OF NONSUIT WITHOUT PREJUDICE

Plaintiff Brandon Callier hereby files this Notice of Nonsuit Without Prejudice as to all causes of action as alleged against defendants SunPath LTD, National Care Cure, LLC, and Northcoast Warranty Services, Inc.

Respectfully Submitted,

Brandon Callier
Plaintiff, Pro-se
6336 Franklin Trail
El Paso, TX 79912

## CERTIFICATION

I, Brandon Callier, Plaintiff Pro Se, do hereby certify that on February 14, 2019, the foregoing Notice of Nonsuit was served upon all Defendants.

Brandon Callier
Plaintiff, Pro-se