IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | EP-20-CV-23-KC |
| § | |
| SUNPATH LTD; NORTHCOAST § | |
| WARRANTY SERVICES, INC.; § | |
| NATIONAL CARE CURE, LLC; and § | |
| JOHN/JANE DOES 1–4. § | |
| § | |
| Defendants. § | |

## ORDER

On this day, the Court considered Plaintiff's Notice of Non-Suit, ECF No. 5. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of Plaintiff's Notice, it is hereby **ORDERED** that all claims in this case are **DISMISSED WITHOUT PREJUDICE.**

The clerk shall close the case.

**SO ORDERED**.

**SIGNED this 16th day of February, 2020.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

1